IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:04-cr-100-F |
| | ) | |
| LETTA GORMAN | ) | |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on June 14, 2005 (Doc. #131), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE that the motion to sever filed by defendant Gorman is DENIED.

DONE this 27th day of June, 2005.

                                            /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE