IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:04-cr-100-F |
| | ) | (WO) |
| LETTA DILLARD GORMAN and | ) | |
| ANN CURRY | ) | |

## **O R D E R**

On October 31, 2005, the government filed a Motion to Continue Trial (Doc. #147). While the granting of a continuance is left to the sound discretion of the trial judge, *United States v. Warren*, 772 F.2d 827, 837 (11th Cir. 1985), the court is, of course, limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Speedy Trial Act provides generally that the trial of a defendant in a criminal case shall commence within 70 days of the latter of the filing date of the indictment or the date the defendant appeared before a judicial officer in such matter. 18 U.S.C. §3161(c)(1). *See United States v. Vasser*, 916 F.2d 624 (11th Cir. 1990).

The Act excludes from this 70 day period any continuance that the judge grants "on the basis of his findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(8)(A).

The motion states that the defendants in this case have applied for pre-trial diversion and it has been approved for defendant Curry. The probation office is still in the process of reviewing defendant Gorman's application. Counsel for the defendants have been contacted

and do not object to a continuance. Consequently, the court concludes that a continuance of this case is warranted and that the ends of justice served by continuing this case outweighs the best interest of the public and the defendant in a speedy trial. See <u>United States v. Davenport</u>, 935 F.2d 1223, 1235 (11th Cir. 1991)(reasonable time necessary for effective preparation is a significant factor for granting a continuance under the Speedy Trial Act).

Accordingly, it is hereby ORDERED:

1. That the government's motion filed on October 31, 2005 is GRANTED;

2. That the trial of this case is continued from the November 7, 2005 trial term to the February 13, 2006 trial term.

DONE this 1st day of November, 2005.

      /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE