IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:04-cr-100-MEF |
| | ) | |
| LETTA DILLARD GORMAN | ) | |

# **O R D E R**

Upon consideration of the government's Motion to Dismiss Indictment as to Letta Dillard Gorman (Doc. #155) filed on November 3, 2006, it is hereby

ORDERED that the motion is GRANTED and this case is DISMISSED.  It is further ORDERED that all pending motions relating to the case against Letta Dillard Gorman are DENIED as MOOT.

DONE this 9th day of November, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE